IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    Defendant. | Civil No. 09-606 (RMB/JS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on February 22, 2010; and the Court noting the following appearances: Francis M. Wikstrom, Esquire, appearing on behalf of the plaintiff; and David Bilsker, Esquire, appearing on behalf of the defendant.

IT IS this **23rd** day of **February, 2010,** hereby **ORDERED**:

1. All present scheduling deadlines are stayed pending further Order of the Court.

2. At least one (1) week before the settlement conference the parties shall serve the Court with a confidential settlement memorandum not to exceed five (5) pages. The parties may attach copies of relevant documents for the Court to review.

3. The Court has scheduled an in-person Settlement Conference for **March 30, 2010 at 2:00 p.m. Client representatives with final settlement authority shall be present at the conference.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F<small>ED</small>. R. C<small>IV</small>. P. 16(f).**

                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge