```
            IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF DELAWARE
```

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    Defendant. | Civil No. 09-606 (RMB/JS) |

## RE-SCHEDULING ORDER
## AND ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of letter application of David Bilsker, Esquire, dated March 19, 2010, requesting that the Court reschedule the settlement conference; and for good cause shown;

IT IS this **22nd** day of **March, 2010**, hereby **ORDERED:**

1. The Court has rescheduled the in-person Settlement Conference previously set for March 30, 2010. The new date for the in-person Settlement Conference is **April 20, 2010 at 2:00 p.m. Client representatives with final settlement authority shall be present at the conference**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge