IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LIFE TECHNOLOGIES CORPORATION,    )
    )
    )
    Plaintiff,    )
    )
v.    )    Civil Action No. 09-606-RMB-JS
    )
BIO-RAD LABORATORIES, INC.,    )
    )
    Defendant.    )

## CONFIDENTIALITY AGREEMENT

I, _____, state:

1.    I reside at _____;

2.    My present employer is _____;

3.    My present occupation or job description is _____;

4.    I agree to keep confidential all information provided to me that is designated "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" in the matter of *Life Technologies Corporation v. Bio-Rad Laboratories, Inc.*, 09-606-RMB-JS, and to be subject to the authority of the United States District Court for the District of Delaware in the event of any violation of this agreement or dispute related to this agreement.

5.    I have been informed of or read the Stipulated Protective Order dated _____, 20___, and I will not divulge any CONFIDENTIAL information or ATTORNEYS' EYES ONLY information to persons other than those specifically authorized by said Order.

1

6.     I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____, 20___.

Signature:     _____

Name:          _____

Address:       _____

               _____

               _____

YCST01:9796838.1                                                                    068713.1001